**UNITED STATES DISTRICT COURT**
**District of Maine**

| | |
|---|---|
| ROBROY REICHERT, | ) |
| | ) |
|     Plantiff, | ) |
| | ) |
| v. | )    No. 1:19-cv-00240-GZS |
| | ) |
| HAROLD ABBOTT, JR., et al., | ) |
| | ) |
|     Defendants. | ) |
| | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on July 9, 2019, his Recommended Decision (ECF No. 8). Plaintiff filed his Objection to the Recommended Decision (ECF No. 12) on August 9, 2019, as well as an Attachment to his Objection (ECF No. 13) filed on August 15, 2019.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is **ORDERED** that Plaintiff's Complaint (ECF No. 1) is hereby **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2).

/s/George Z. Singal
U.S. District Judge

Dated this 19th day of August, 2019.